# United States Court of Appeals

### For the Eighth Circuit

_____

No. 23-1011

_____

James M. Raper, Jr.

*Plaintiff - Appellant*

v.

Tina Maxwell, Treatment Supervisor, Southwest Arkansas Community Correction Center; Warden J. Minors, Southwest Arkansas Community Correction Center

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Texarkana

_____

Submitted: April 5, 2023
Filed: April 10, 2023
[Unpublished]

_____

Before KELLY, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

James Raper, Jr., appeals the district court's[1] dismissal of his complaint against prison officials for failing to provide enough exercise time. Having carefully

---

[1]The Honorable Susan O. Hickey, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of

reviewed the record and the parties' arguments on appeal, we conclude that qualified immunity applies. *See* Fed. R. Civ. P. 12(b)(6); *Kulkay v. Roy*, 847 F.3d 637, 641–42 (8th Cir. 2017) (reviewing the failure to state a claim de novo and explaining that a right must be clearly established for an alleged violation to defeat qualified immunity). We accordingly affirm the judgment of the district court. *See* 8th Cir. R. 47B.

_____

the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.